Avi Burkwitz, Esq., Bar No.: 217225
Aburkwitz@pbbgbs.com
Bryan J. Su, Esq., Bar No.: 318243
Bsu@pbbgbs.com
Avery Canty, Esq., Bar Np.: 343011
Acanty@pbbgbs.com
**PETERSON, BRADFORD, BURKWITZ**
**GREGORIO, BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant,
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| K.M., a conserved person, by and through her Guardian ad Litem, KATHRYN FAGERQUIST<br><br>    Plaintiffs,<br><br>  vs.<br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, a public entity; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, a public entity; LOS ANGELES COUNTY, a public entity; LOS ANGELES UNIFIED SCHOOL DISTRICT, a school district; ABC UNIFIED SCHOOL DISTRICT, a school district; SOUTH CENTRAL REGIONAL CENTER, a non-profit corporation; COLLEGE HOSPITAL, a non-profit corporation; and DOES 1 through 70, inclusive,<br><br>    Defendant. | Case No.:  2:23-cv-04476<br>Assigned to the Honorable:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC §§ 1441(A) AND 1446 (A)-(B) BY DEFENDANT COUNTY OF LOS ANGELES**<br><br><br><br><br><br>Complaint Filed: March 9, 2022<br>Amended Complaint Filed: May 1, 2023<br>POS Filed: May 9, 2022 |
|---|---|

**TO ALL PARTIES & THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant, COUNTY OF LOS ANGELES (erroneously sued as "Los Angeles County" and hereinafter "County"), hereby removes this action brought by Plaintiff, K.M ("Plaintiff"), from the Superior Court

1

for the State of California, County of Los Angeles, to the United States District Court for the Central District. The removal is made pursuant to 28 U.S.C. § 1441 and § 1446, and is based on the following:

### I.       REMOVAL AND VENUE ARE PROPER

Based on the operative pleadings, this civil action apparently arises from allegations of wrongdoing predicated upon violations of various Federal statutes, including § 504 of the Rehabilitation Act of 1937, Americans with Disabilities Act Title II, Americans with Disabilities Act Title III, and 42 U.S.C. § 1983. As Plaintiff's Operative Complaint alleges numerous violations of federal law, the District Court has federal-question jurisdiction over this action. The Court also has supplemental jurisdiction over any state law claim that may be alleged pursuant to 28 U.S.C. Section 1367. Thus, the County has properly removed this action to this Court pursuant to *28 U.S.C. § 1441(a)*.

### II.      PROCEDURAL POSTURE

Based on a review of the docket, the relevant procedural history is essentially as follows:

On March 9, 2022, Plaintiff, by and through her guardian ad litem Kathryn Fagerquist, filed her Complaint in the Superior Court for the County of Los Angeles, State of California. (Canty Decl. **Exhibit A**).

On June 22, 2022, a stipulation to stay the case pending Plaintiff's Petition was filed. (Canty Decl., **Exhibit B**).

On August 11, 2022, Plaintiff filed a notice of related cases to her Petition matter, Case No. 22STCP00849. (Canty Decl., **Exhibit C**).

On March 17, 2023, Plaintiff's Petition was heard and the honorable Mitchell L. Beckloff found he did not have jurisdiction to hear the matter and denied the petition. (Canty Decl., **Exhibit D**).

As such, on March 17, 2023, this matter was no longer stayed, and the co-defendants, Los Angeles Unified School District, ABC Unified School District, and

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

Central Regional Center, at that time did not agree to remove the matter to federal court.

On May 1, 2023, Plaintiff filed her First Amended Complaint ("FAC"). (Canty Decl., **Exhibit E**).

On May 8, 2023, Plaintiff filed a request for dismissal as to Defendants Los Angeles Unified School District, ABC Unified School District, and Central Regional Center, each of which did not stipulate to remove the matter. (Canty Decl., **Exhibit F**).

Upon their dismissal, the remaining parties, including Plaintiff, have since either stipulated or do not oppose removal to federal court.

Lastly, in accordance with *28 U.S.C. § 1446(a)*, documents served on the County for this action have been attached to the declaration of Avery Canty, Esq. (See Exhibits accompanying "Canty Decl.").

### III.   LEGAL STANDARDS

A case may be removed from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); *see also Grubbs v. General Electric Credit Corp.*, 405 U.S. 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.*, 506 F2d 339, 343-344 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id*. Federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1343(a)(3). District courts have original jurisdiction over all actions involving federal questions. *See* 28 U.S.C. § 1331.

Ordinarily, a notice of removal must be filed "within thirty days of receipt from the plaintiff of an initial pleading or other document from which it is ascertainable that the case is removable." *Roth v. CHA Hollywood Med. Ctr., L.P.*, 720 F.3d 1121, 1124 (9th Cir. 2013) (citing *28 U.S.C. § 1446(b)(1), (b)(3)*).

**PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT**

However, "[t]imeliness objections to removal are waivable. *See, e.g.*, *Corona-Contreras v. Gruel*, 857 F.3d 1025, 1029-30 (9th Cir. 2017); *Smith v. Mylan, Inc.*, 761 F.3d 1042, 1045 (9th Cir. 2014); *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1212-13 (9th Cir. 1980). The court may not remand *sua sponte* for procedural defects, such as timeliness. *See, e.g.*, *Corona-Conteras*, 857 F.3d at 1029-30; *Kelton Arms Condominium Owners Ass'n v. Homestead Ins. Co.*, 346 F.3d 1190, 1192-93 (9th Cir. 2003).

Here, Defendants are seeking removal of this action based on the claims. After Plaintiff's initial complaint was filed, not all parties stipulated to removal of this matter, and, as such, it could not be removed. Upon Plaintiff's filing of a Request for Dismissal on May 8, 2023, the parties that had not agreed to removal, Defendants Los Angeles Unified School District, ABC Unified School District, and Central Regional Center were dismissed. Therefore, on May 8, 2023, the time for removal of this matter was reset because it became unequivocally clear and certain that this matter could be removed upon the dismissal of those parties. The remaining defendants and Plaintiff have all since either stipulated to removal or expressed they would not oppose the removal.

Accordingly, this Notice of Removal has been timely filed as it has been filed within 30 days of receipt of Plaintiff's Request for Dismissal of Defendants Los Angeles Unified School District, ABC Unified School District, and Central Regional Center, the first time the matter became removable.

## IV.    FEDERAL QUESTION JURISDICTION

When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *La Chemise Lacost v. Alligator Co*., 506 F.2d 339, 343-344 (3d Cir. 1974). Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. (See, 28 U.S.C. § 1343(a)(3)). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. (See 28 U.S.C.

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT**

§1331.)

Here, Plaintiff's complaint allegations of wrongdoing predicated upon violations of Federal statutes including the first claim for violations of § 504 of the Rehabilitation Act of 1937, the fourth claim for violations of the Americans with Disabilities Act Title II, the fifth claim for violations of the Americans with Disabilities Act Title III, and the eighth claim for civil rights violations under 42 U.S.C. § 1983, invoking federal question jurisdiction. (See Canty Decl. **Exhibit A**). Additionally, to the extent any exist/alleged, the District Court has supplemental jurisdiction over any of Plaintiff's state law claims pursuant to 28 U.S.C. Section 1367.

In sum, the District Court has original jurisdiction over Plaintiff's action.

## V.   NOTICE TO THE COURT AND PARTIES

Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give written notice of such filing to Plaintiff's counsel of record, and a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of Los Angeles, California.

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

DATED:  June 7, 2023

PETERSON, BRADFORD,
BURKWITZ,
GREGORIO, BURKWITZ & SU

By:  /s/ *Avery Canty*

Attorneys for Defendant,
COUNTY OF LOS ANGELES

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

5

**PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On June 6, 2023, I served the foregoing document described as:
**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC §§ 1441(A) AND 1446 (A)-(B) BY DEFENDANT COUNTY OF LOS ANGELES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY ELECTRONIC MAIL:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(s) below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service of this document will be deemed as if served via mail pursuant to California Code of Civil Procedure §1013

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2023, in Burbank, California.

*/s/* Maribel De Arcos

Maribel De Arcos

6

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT**

## SERVICE LIST

RE:    **M.K. v. California Department of Social Services, et al**

**Case No.:**    22STCV08547

Rosa K. Hirji, Esq.
Alexander F. Rodriguez, Esq.
**Law Office of Hirji & Chau, LLP**
5173 Overland Ave
Culver City, CA 90230
T: (310) 391-0330
F: (310) 943-0311
E: rosa@rkhlawoffice.com
E: alex@rkhlawoffice.com
E: travis@rkhlawoffice.com
E: kfagerquist@advocatecasala.org
E: bbsomllp@gmail.com

Steve P. Beltran, Esq.
**Beltran Smith, LLP**
8200 Wilshire Blvd., Suite 200
Beverly Hills, CA 90211
T: (323) 935-5795
F: (323) 935-5975
E: sbeltran007@gmail.com

Robert Rees, Esq.
**Rees Law Firm, PC**
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
T: (310) 277-7071
F: (310) 277-7067
E: robertreeslaw@att.net

**Attorneys for Plaintiff K.M., a conserved person, by her Guardian ad Litem Kathryn Fagerquist**

Gary Ostrick, Deputy Attorney General
Office of the Attorney General CA Dept. of Justice
300 S. Spring Street, Ste. 1702
Los Angeles, CA 90013

T: (213)269-6523
E: gary.ostrick@doj.ca.gov

**Attorney for Defendants, CDSS and CDHS**

Larry T. Pleis, Esq.
**Pleiss, Sitar, McGrath, Hunter & Hallack**
2875 Michelle Drive
Irvine, CA 92606
E: lpleiss@pleisslaw.com

**Attorney for Defendants, College Hospital, Inc., d.b.a. College Hospital Cerritos**

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

7

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT**