UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4476-GW-AGRx | Date | April 18, 2024 |
|---|---|---|---|
| Title | *K.M. v. California Department of Social Services, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven P. Beltran | Avery Canty |
| Suzanne N. Snowden | David P. Pruett |

**PROCEEDINGS:** DEFENDANT COLLEGE HOSPITAL, INC., DBA COLLEGE HOSPITAL CERRITOS' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT AND/OR FOR JUDGMENT ON THE PLEADINGS [77]; and DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT [78]

The Court's Amended Tentative Rulings on the above-entitled Motions was issued on April 5, 2024 [99]. Further argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court would decline to exercise supplemental jurisdiction and remand Plaintiff's first and second causes of action. Otherwise, the Court GRANTS the County's motion to dismiss Plaintiff's fifth cause of action against County, and otherwise DENY the County's motion to dismiss. Additionally, the Court GRANTS CHC's motion to dismiss Plaintiffs' request for injunctive and declaratory relief across all claims and Defendants, dismiss the sixth cause of action against CHC, and otherwise the Court DENIES CHC's motion to dismiss. The Court will temporarily hold its final ruling declining supplemental jurisdiction and remanding Plaintiff's first and second causes of action until a later date after the parties have had the chance to meaningfully engage in settlement discussions.

The Court sets a scheduling conference for April 25, 2024 at 8:00 a.m. The parties are to confer, and file a stipulation and order re schedule by noon on April 23, 2024.

Defendant College Hospital, Inc.'s Motion for Permission to File Brief Regarding Retaining Supplemental Jurisdiction Over State Law Claims [102] will remain on the Court's docket as filed.

|   | : | 25 |
|---|---|---|
|   | Initials of Preparer | JG |