1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12

K.M., a conserved person, by her
Guardian *ad Litem* KATHRYN
FAGERQUIST,

13
14

Plaintiff,

15

v.

16

COUNTY OF LOS ANGELES, et
al.

17
18

Defendant.

CASE No. CV 23-4476-GW-AGRx
*Assigned for all purposes to the*
*Honorable George H. Wu*

**\*\*AMENDED\*\* ORDER ON
STIPULATION RE
SCHEDULING ORDER**

19
20
21
22

The Court has reviewed the Parties' Stipulation regarding continuing discovery

deadlines and the Court hereby modifies the Case Management Order by adopting

the Proposed Dates (as may have been modified) in the table below.

23  //
24  //
25  //
26  //
27  //
28

| Matter | Previous | Parties' Request | Court's Order |
|---|---|---|---|
| Trial<br>Length: 25 Days | 12/03/2024 | 08/18/2025 | July 8, 2025 at 9:00 a.m. (Est. trial length 10 days) |
| Final Pretrial Conference | 11/18/2024 | 07/28/2025 | June 26, 2025 at 8:30 a.m. |
| Last Date to Hear Motions | 10/17/2024 | 05/12/2025 | May 12, 2025 |
| Last day to Conduct Mediation | 08/19/2024 | 10/25/2024 | October 25, 2024 |
| Post-Mediation Conference | 08/22/2024 | 11/05/2024 | November 4, 2024 at 8:30 a.m. |
| Expert Discovery Cutoff, including deadline to file expert discovery motions | 09/13/2024 | 05/12/2025 | April 4, 2025 |
| Percipient/Fact Discovery Cutoff, including deadline to file non-expert discovery motions | 08/02/2024 | 04/14/2025 | March 7, 2025 |

The scheduling conference set for *April 25, 2024* is taken off-calendar.

**There will be no further continuances granted.**

Dated: April 23, 2024

_____

HON. GEORGE H. WU,
United States District Judge