# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | CENTRAL DISTRICT OF CALIFORNIA |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:23-cv-04476-GW-AGR |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 06/07/2023 |

Date of judgment or order you are appealing: | 04/18/2024 |

Docket entry number of judgment or order you are appealing: | 104 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant, College Hospital, Inc., dba College Hospital Cerritos

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

111 West Ocean Boulevard, 14th Floor

PO Box 22636

City: Long Beach   State: CA   Zip Code: 90801-5636

Prisoner Inmate or A Number (if applicable):

**Signature** | David P. Pruett    **Date** | 05/01/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Defendant, College Hospital, Inc., dba College Hospital Cerritos

Name(s) of counsel (if any):

> David P. Pruett, John C. Kelly (Kelly, Trotter & Franzen)

Address: 111 W. Ocean Blvd, 14th Flr., PO Box 22636, Long Beach, CA 90801

Telephone number(s): (562) 432-5855

Email(s): dppruett@kellytrotter.com; jckelly@kellytrotter.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Plaintiff K.M.

Name(s) of counsel (if any):

> Rosa Karim, Alexander F. Rodriguez (Law Offices of Hirji and Chau LLP)

Address: 5137 Overland Ave., Culver City, CA 90230

Telephone number(s): (310) 391-0330

Email(s): rosa@rkhlawoffice.com; alex@rkhlawoffice.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Plaintiff K.M.

Name(s) of counsel (if any):
Suzanne N. Snowden, (SJM Law Group LLP)

Address: 1925 W. Sunset Blvd, Los Angeles, CA 90026

Telephone number(s): (213) 213-2530

Email(s): s.snowden@sjmlawgroup.com

Name(s) of party/parties:
Plaintiff K.M.

Name(s) of counsel (if any):
Robert A. Rees (Rees Law Firm PC)

Address: 1801 Century Park East, Ste. 1600, Los Angeles, CA 90067

Telephone number(s): (310) 277-7071

Email(s): robertreeslaw.att.net

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                    *2*                             *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Plaintiff K.M.

Name(s) of counsel (if any):
Steven P. Beltran (Beltran Smith LLP)

Address: 8200 Wilshire Blvd, Ste. 200, Beverly Hills, CA 90211-2348

Telephone number(s): (213) 935-5795

Email(s): sbeltran007@gmail.com

Name(s) of party/parties:
Defendant, Los Angeles County

Name(s) of counsel (if any):
Avery Cantry; Avi Burkwitz; Bryan Jonathan Su (Peterson Bradford Burkwitz)

Address: 100 North First St, Ste.300, Burbank, CA 91502

Telephone number(s): (818) 562-5800

Email(s): acanty@pbllp.com; aburkwitz@pbllp.com; bsu@pbllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 111 W. Ocean Boulevard, 14th Floor, Long Beach CA 90801. On May 1, 2024, I served a true and correct copy of the following document on the interested parties in this action as follows:

**FORM 1. NOTICE OF APPEAL FROM JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT; REPRESENTATION STATEMENT**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2024, at Long Beach, California.

_____
FARIDA BAIG